UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2015-144- WOB-JGW

JOHN COLEMAN                                                PETITIONER

VS.                          ORDER

DON BOTTOM, WARDEN                                          RESPONDENT

This matter is before the Court on the Report and Recommendation (Doc. 10) of the Magistrate Judge, and petitioner having filed no objections thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for writ of habeas corpus be, and it hereby is, **denied**; that this matter be **dismissed**, without prejudice, and **stricken** from the docket of this court. A separate Judgment shall enter concurrently herewith.

This 19th day of January, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge